### Mullins v. Cook and Webb.

(Decided February 13, 1925.)

### Appeal from Shelby Circuit Court.

Appeal and Error—Separate Recoveries Cannot be Consolidated to Give Court of Appeals Jurisdiction.—Where there were two separate and distinct recoveries against defendant, though both were awarded in same judgment, they cannot be added to each other to make an aggregate sum sufficient to give Court of Appeals jurisdiction.

WILLIS & WILLIS for appellant.

PICKETT, BARRICKMAN & KALTENBACKER for appellees.

OPINION OF THE COURT BY DRURY, COMMISSIONER— Dismissing.

The appellant has made a motion for an appeal from a judgment by which W. T. Cook recovered of appellant $164.30, and Leslie Webb recovered of appellant $146.30. These recoveries are separate and distinct, though both were awarded in the same judgment, and they cannot be added to each other for the purpose of making an aggregate sum sufficient to give this court jurisdiction. Covington Bros. v. Jordan, 125 Ky. 73, 100 S. W. 326, 30 Ky. L. R. 1135, 15 Ann. Cas. 491; Wood v. Moss, et al., 176 Ky. 419, 195 S. W. 1077; Smith v. Berry, 167 Ky. 646, 181 S. W. 379.

Hence, appellant's motion for an appeal must be overruled for want of jurisdiction.